```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC JOHNSON,

                        Plaintiff,

      -v-

MAIL MEDIA, INC. ET AL,

                      Defendants.
------------------------------------------------------------------X

20-cv-1763 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      As discussed at the conference today, IT IS HEREBY ORDERED that the parties shall appear for a scheduling conference on June 25, 2020 at 3:00 p.m. The conference shall proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.

      IT IS FURTHER ORDERED that, no later than one week before the conference, the parties shall electronically file a proposed Case Management Plan and Scheduling Order.

      SO ORDERED.

Dated: May 4, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge